JAMES WILLIAMS, APPELLANT, *v.* WILLIAM WILLIAMS
AND JAMES ARMSTRONG, RESPONDENTS.

*Warrant — presumptions in favor of — Lunatic — power of police justice to authorize
arrest of.*

The plaintiff was arrested as a lunatic, on a warrant issued by two of the police
justices of the city of Albany, on a complaint, duly made, and the certificate of
two reputable physicians of said city. The warrant described the plaintiff
as " James Annis Williams, of Knox," and was directed to the overseer of the
poor of the city of Albany, and to any policeman of said city, etc.; and one of
the said justices, in writing, authorized Charles Gage, of the town of Knox.
to execute the warrant.

In an action brought by the plaintiff to recover damages of the defendants who had
arrested him in pursuance of said warrant, *held*, that every intendment was in
favor of the jurisdiction of the magistrate, and that, from the fact that the
warrant was issued in the city of Albany by magistrates who resided there, it
was to be presumed that the lunatic was there at the time the warrant was
issued. The statement in it that the lunatic was of the town of Knox, was a
mere description of the person, and did not contradict the fact that he was in
Albany when the warrant was issued.

APPEAL from a judgment entered at the circuit, dismissing
plaintiff's complaint.

*E. J. Bennett*, for the appellant.

*J. H. Clute*, for the respondent.

Opinion by MILLER, P. J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed.